UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER K. CLARK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARSHALL SAIPHER, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01326-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE A SIGNED COMPLAINT AND APPLICATION TO PROCEED IN FORMA PAUPERIS |

　　　　Christopher Clark is a state prisoner proceeding without counsel. This action was opened when he submitted to the court an unsigned complaint and unsigned application to proceed *in forma pauperis*. ECF Nos. 1 & 2. But because these documents were not signed, Mr. Clark has not properly commenced a civil action.

　　　　Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).

　　　　The court cannot conduct the required screening of Mr. Clark's complaint because he has not signed it. *See* ECF No. 1. Rule 11 of the Federal Rules of Civil Procedure requires that

"[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Because the complaint and application to proceed *in forma pauperis* are not signed, ECF Nos. 1 & 2, they it will be disregarded. Within thirty days, Mr. Clark may file a complaint that is signed. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). He must also submit either a signed and completed application to proceed *in forma pauperis* or pay the $402 filing fee.

Accordingly, it is hereby ORDERED that:

1. Mr. Clark's unsigned complaint and application to proceed *in forma pauperis*, ECF Nos. 1 & 2, are disregarded.

2. The Clerk of the Court is directed to send Mr. Clark a form complaint and application for leave to proceed *in forma pauperis* used in this court.

3. Within thirty days of the date of this order, Mr. Clark shall submit:

 a. a signed complaint; and

 b. a completed affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court.

4. Failure to comply with any part of this order may result in this case being closed.

IT IS SO ORDERED.

Dated:     July 29, 2021                              _____
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE