IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER KEVIN CLARK,** | Case No. 2:21-cv-01326-DAD-JDP |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **MARSHALL SAIPHER, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On May 25, 2023, Defendant asked to opt out of the court's alternative dispute resolution program.

Good cause appearing, it is hereby **ORDERED** that Defendant's request to opt out of the court's alternative dispute resolution program, ECF No. 31, is **GRANTED**, and the stay entered April 26, 2023, is lifted.

IT IS SO ORDERED.

Dated:   May 26, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE