1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **CHRISTOPHER KEVIN CLARK,** | Case No. 2:21-cv-01326-DAD-JDP |
| Plaintiff, | **~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE CURRENT SCHEDULING ORDER** |
| **v.** | |
| **MARSHALL SAIPHER, et al.,** | |
| Defendants. | |

18        Defendants Naseer and Saipher (Defendants) moved the Court to modify the Court's

19   discovery and scheduling order (scheduling order).  The Court has read and considered

20   Defendants' motion and the accompanying declaration of counsel, and finds that good cause

21   exists to grant the motion.

22        Accordingly, Defendants' motion is GRANTED.  The Court vacates the current dispositive

23   motion deadline of March 22, 2024.  Pursuant to this order, Defendants' summary-judgment or

24   other dispositive motions shall be filed on or before May 21, 2024.[1]  ~~Pursuant to Local Rule~~

---

[1] The parties are directed to Local Rule 230 (l).

All motions, except motions to dismiss for lack of prosecution, filed in actions
wherein one party is incarcerated and proceeding in propria persona, shall be
submitted upon the record without oral argument unless otherwise ordered by the
Court.  Such motions need not be noticed on the motion calendar.  Opposition, if any,

(continued…)

1

1   ~~230(c), if Plaintiff Clark wishes to file an opposition to this motion he must do so "no later than~~

2   ~~fourteen (14) days after the motions [is] filed." E.D. Cal. Civ. L.R. 230(c).  Defendants may file a~~

3   ~~reply brief "[n]o later than ten (10) days after the opposition [is] filed.  E.D. Cal. Civ. L.R.~~

4   ~~230(d).~~

5

6   IT IS SO ORDERED.

7
    Dated:    March 6, 2024

8                                                            JEREMY D. PETERSON
                                                             UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
    _____
24      to the granting of the motion shall be served and filed by the responding party not
        more than twenty-one (21) days after the date of service of the motion.  A responding
25      party who has no opposition to the granting of the motion shall serve and file a
        statement to that effect, specifically designating the motion in question.  Failure of the
26      responding party to file an opposition or to file a statement of no opposition may be
        deemed a waiver of any opposition to the granting of the motion and may result in the
27      imposition of sanctions.  The moving party may, not more than fourteen (14) days
        after the opposition has been filed in CM/ECF, serve and file a reply to the
28      opposition.  All such motions will be deemed submitted when the time to reply has
        expired.

[Proposed] Order (2:21-cv-01326-DAD-JDP)