1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTOPHER K. CLARK,                    Case No.  2:21-cv-1326-DAD-JDP (P)

12                 Plaintiff,

13          v.                                 ORDER

14    MARSHALL SAIPHER, *et al.*,

15                 Defendants.

16

17          Plaintiff has filed a notice of voluntarily dismissed.  ECF No. 47.  Subject to exceptions

18    not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing:

19          (i)    a notice of dismissal before the opposing party serves either an answer or a motion

20                 for summary judgment; or

21          (ii)   a stipulation of dismissal signed by all parties who have appeared.

22    Fed. R. Civ. P. 41(a)(1)(A).

23          Before plaintiff filed his request for voluntary dismissal, defendants filed a motion for

24    summary judgment.  ECF No. 39.  Consequently, plaintiff may not unilaterally dismiss this case

25    pursuant to Rule 41(a)(1)(A)(i).  However, defendants may stipulate to dismissal of this action

26    pursuant to Rule 41(a)(1)(A)(ii).  Even if defendants decline to stipulate, the court may dismiss

27    this action based upon plaintiff's request, "on terms that the court considers proper."  Fed. R. Civ.

28

                                                  1

P. 41(a)(2).

Accordingly, it is hereby ORDERED that defendants shall, within seven days of the date of this order, file and serve a document stipulating to dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii), or otherwise respond to plaintiff's request for voluntary dismissal.[1]

IT IS SO ORDERED.

Dated:    December 4, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] In the event defendants so stipulates, the court will construe the parties' filings as a stipulation of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii).

2