UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER K. CLARK, | Case No.  2:21-cv-1326-DAD-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| MARSHALL SAIPHER, *et al.*, | |
| Defendants. | |

Plaintiff moved to voluntarily dismiss this prisoner civil rights action on November 27, 2024.  ECF No. 47.  Defendants consented to that dismissal, ECF No. 49, and the case was closed on December 10, 2024, ECF Nos. 50 & 51.  Approximately a year later, on December 8, 2025, plaintiff filed a "motion for extension of time to refile with counsel," ECF No. 52, wherein he asks for a six-month extension of time to refile this case, as his release date is December 26, 2025.  *Id.* at 1.  Plaintiff appears to believe that there is a set deadline to reopen this long-closed case.  If he wishes to pursue the claims that were dismissed without prejudice, he must commence a new case.  *See United States v. California*, 507 U.S. 756, 756 (1993) ("A dismissal without prejudice terminates the action and concludes the rights of the parties in that particular action.") (internal quotation marks omitted).  There is no deadline for filing a new case that the court can modify.  It may be that the statute of limitations will adversely affect his claims, but that issue is

1

not before me, and I cannot issue an advisory ruling.

Accordingly, it is ordered that plaintiff's motion for extension of time to refile, ECF No. 52, is DENIED.

IT IS SO ORDERED.


Dated:    March 13, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2